# 470

**No. 43646.**—Protests 663147–G, etc., of F. F. G. Harper & Co. et al. (San Francisco).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise consists of cocoa fiber mats similar to those passed upon in *United States* v. *Penn* (27 C. C. P. A. 242, C. A. D. 93).   The claim at 90 percent under paragraph 1529 (a) was therefore sustained.

**No. 43647.**—Protest 10106–K of New Victoria Importing Co. (Los Angeles).

Opinion by KINCHELOE, J.   In accordance with stipulation of counsel and on the authority of *Ramallah* v. *United States* (T. D. 47681) and Abstract 42323 the claim at 40 percent under paragraph 923 was sustained.

**No. 43648.**—Protest 14468–K of Herrmann & Jacobs, Inc. (New York).

Opinion by KINCHELOE, J.   In accordance with stipulation of counsel and on the authority of *Ramallah* v. *United States* (T. D. 47681) the claim at 40 percent under paragraph 923 was sustained.

**No. 43649.**—Protests 961705–G, etc., of Aoki Taiseido Book Co. et al. (San Francisco, etc.).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 43650.**—Protests 808747–G, etc., of Abraham & Strauss et al. (New York).

Opinion by EVANS, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

APRIL 30, 1940

**No. 43651.**——Protest 958325–G of W. X. Huber Co.   Abstract 43413.   Application by Government for rehearing granted.

MAY 4, 1940

**No. 43652.**——Protest 970208–G of United American Bosch Corp.   Abstract 43492.   Application by plaintiff for rehearing granted.